UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID SCOTT DAWE,

    Defendant.

_____/

Hon. Hala Y. Jarbou

Case No. 1:25-cr-00111

## ORDER

Defendant appeared before the me on August 18, 2025, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on August 18, 2025.

    /s/ Phillip J. Green
Phillip J. Green
United States Magistrate Judge